## FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

| | | LOCATION NUMBER |
|---|---|---|
| USA v.s. Juan Ramos | FOR Mass | |
| | AT Boston | |

PERSON REPRESENTED (Show your full name)

Juan A. Ramos

| | |
|---|---|
| 1 ☑ Defendant—Adult | DOCKET NUMBERS |
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

---

**EMPLOYMENT**

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed   Temp agency 8/15/03 To

Name and address of employer: Hired Feb 9, 2004 as permanent

IF YES, how much do you earn per month? $ Gross Phone

IF NO, give month and year of last employment  How much did you earn per month? $

If married is your Spouse employed? ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ | none |

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ | |

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2 Children

List persons you actually support and your relationship to them
ages 11 Martes
2 years by 1

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Credit Card | Wicklia | $ 205 | $ 205 |
| Rent | | | |
| Auto Loan on Girl Fonte | | $ 243 | $ 243 |
| Support for Childn | | $ 325 | $ 325 |
| Food & misc | | | $ 300 — |
| Car Insurance on girl's Car | | | $ 95 — |
| Health Bills | | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  7/24/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Juan A. Ramos*

* works for MKS Machine Shop - Expects to loose job.