AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

JUAN RAMOS

**EXHIBIT AND WITNESS LIST**

Case Number: 04CR10052-GAO

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY JOHN WORTMANN | DEFENDANT'S ATTORNEY MEL NORRIS |
|---|---|---|
| TRIAL DATE (S) 3/1/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3/1/04 |  |  | ANTHONY TURCO; Essex Cty. Sheriffs Dept., for the Government |
| 1 |  | 3/1/04 | X | X | AFFIDAVIT W/ EXHIBIT 1 |
| 2 |  | 3/1/04 | X | X | LETTER WITH ATTACHMENTS |
| 3 |  | 3/1/04 | X | X | 302 REPORT |
| 4 |  | 3/1/04 | X | X | SUMMARY OF DRUG PURCHASES |
| 5 |  | 3/1/04 | X | X | CASSETTE TAPE |
| 5A |  | 3/1/04 | X | X | REPORT FROM FBI |
| 6 |  | 3/1/04 | X | X | VIDEO TAPE |
| 7 |  | 3/1/04 | X | X | CASSETTE TAPE |
| 7A |  | 3/1/04 | X | X | REPORT FROM FBI |
| 8 |  | 3/1/04 | X | X | 302 REPORT DTD 5/1/03 |
| 9 |  | 3/1/04 | X | X | 302 REPORT DTD 10/2/02 |
|  |  | 3/1/04 |  |  | MIRCA COLON; for the Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages