UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 04-10052-GAO
)
)
JUAN RAMOS )

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 21, 2004.

1. <u>Local Rule 116.3 Timing Requirements</u>

As set forth below, the defendant is requesting until April 23, 3004 to file his discovery letter. The parties are not otherwise requesting relief from the timing requirements of Local Rule 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. The government will make expert disclosures 30 days before trial. The defendant will make his expert disclosures 15 days before trial.

3. <u>Additional Discovery</u>

The government does not anticipate providing substantial

additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. <u>Motion Date</u>

The parties are jointly requesting that June 14, 2004 be set as the date for discovery Motions to be filed and are requesting that the time between the Initial Status Conference and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/11/04 | Government's motion for detention |
| 3/1/04-4/11/04 | 42-day period per local rules |
| 4/12/04-Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act. Orders concerning the proposed exclusions are attached.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Further Status Conference be scheduled for June 21, 2004 or as soon thereafter as is convenient for the court.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By: _____
     JOHN A. WORTMANN, JR.
     PETER B. LEVITT
     Assistant U.S. Attorneys
     One Courthouse Way
     Boston, MA
     (617) 748-3207

_____
MELVIN NORRIS
260 Post Road
Wayland, MA 01778
(508) 358-3305
Attorneys for Juan Ramos