UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-10048-GAO |
| ) | |
| ) | |
| **JUAN RAMOS** ) | |

### MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between April 21, 2004 and June 15, 2004 be excluded from all Speedy Trial Act calculations. As grounds therefore, the government states that, at the Status Conference held on April 21, 2004, defense counsel requested that the Final Status Conference in this matter be held sometime after June 14, 2004 to enable defense counsel to prepare motions and otherwise make it ready for trial. Based on that request and all parties' agreement that the time between today and June 15, 2004 could be excluded from all Speedy Trial Calculations, the Court scheduled the Final Status Conference for June 15, 2004. The government therefore requests that the time between April 21, 2004 and June 15, 2004 be excluded from all Speedy Trial Act calculations in the interest of justice pursuant to

18 U.S.C. 2161(h)(8).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                By: _____
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney
                                One Courthouse Way
                                Boston, MA 02210
                                (617) 748-3207

**CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this motion on counsel for Juan Ramos by mail.

               By: _____ 4.12.04
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney