UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          CR# 04-10052 GAO

JUAN RAMOS

### DEFENDANT'S MOTION FOR DATE OF MEETING DESCRIBE IN FBI REPORT
LOCAL RULE 116.3

Now comes the defendant in the above matter and moves that this Honorable Court order the Government to disclose to defendant's counsel the date of the meeting referenced in discovery provided to the defendant. As reasons therefore, the defendant states the following:

The defendant is charged in an indictment with Conspiracy to Distribute Cocaine Base, Distributing Cocaine Base, and Aiding and Abetting, during the period in or about April, 2003. Undersigned counsel was appointed by this Court to defend Mr. Ramos in this action. The government provided counsel with extensive discovery, including an FBI report which detailed a meeting between alleged gang members.

On March 22, 2004, the defendant, through his attorney, wrote a letter to the Government requesting the date of the meeting. The report detailing the meeting is found in the discovery, on pages 684 through 686 (as referenced by the Bates stamp). A copy of the letter is attached marked "A" and a copy of the report regarding the meeting is attached marked "B."

The Government denied the request by letter of March 15, 2004, stating that the disclosure of the date of the meeting "might tend to identify the source." The government's letter is attached as exhibit "C."

The defendant has thusfar received approximately 1200 pages of discovery, in which

reports of various alleged meetings of the Latin Kings are scattered throughout. All of these other reports have dates. Since the defendant is charged as participating in a conspiracy, as well as aiding and abetting, it is essential for the defense of his case for defendant's counsel to know the date of the meeting described in the above report. This information will establish a time line of the defendants involvement in the alleged matter, what was foreseeable, and the defendant's role in the matter. It is, of course, essential that the defendant know all of the facts relating to his alleged involvement in the matter so that he can properly evaluate his position and/or defenses.

Wherefore the defendant respectfully requests, pursuant to the provisions of Local Rule 116.3, that the information requested be provided to the defendant, or in the alternative, be disclosed in camera to defendant's counsel.

A hearing is requested on this Motion.

> Juan Ramos,
> by his Attorney,
>
> Melvin Norris
> 260 Boston Post Rd. Suite 9
> Wayland, MA 01778
> 508 358 3305

## CERTIFICATE OF SERVICE

I certify that I have this day forwarded a copy of this motion, by first class mail, to AUSA John A. Wortmann, Jr.

4/26/04


EXHIBIT "A"

OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts 01778
Tel: (508) 358-3305
Fax: (508) 358-7787

March 22, 2004

AUSA John A. Wortmann, Jr. 9th floor
One Courthouse Way
Boston, MA. 02210

Re: US v. Juan Ramos a.k.a. King Faith cr# 04-010052

Dear Mr. Wortmann:

Please advise me as to the date of the report in the discovery Bates pages 684 through 686 and the meetings of the Latin Kings mentioned in the report.

Thank you for your attention to this matter.

Very truly yours,

Melvin Norris

cc: Ramos