UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10048-GAO |
| | ) | |
| | ) | |
| **JUAN RAMOS** | ) | |

## MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between June 15, 2004 and August 5, 2004 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on June 15, 2004, defense counsel requested that a further Final Status Conference in this matter be held sometime after August 1, 2004 to enable defense counsel to prepare motions and otherwise make it ready for trial.  Based on that request and all parties' agreement that the time between June 15, 2004 and August 5, 2004 could be excluded from all Speedy Trial Calculations, the Court scheduled the Final Status Conference for August 5, 2004.  The government therefore requests that the time between June 15, 2004 and August 5, 2004 be excluded from all Speedy Trial Act calculations in the interest of justice pursuant

to 18 U.S.C. 2161(h)(8).

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                    By:<u>/s John A. Wortmann,Jr.</u>
_____              JOHN A. WORTMANN, JR.
                                          Assistant U.S. Attorney
                                          One Courthouse Way
                                          Boston, MA 02210
                                          (617)748-3207

+

Case 1:04-cr-10052-GAO    Document 18    Filed 06/15/2004    Page 3 of 3