UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10052-GAO

UNITED STATES OF AMERICA

v.

JUAN RAMOS

**ORDER RE:**
**DEFENDANT'S MOTION FOR DATE OF MEETING**
**DESCRIBE(sic) IN FBI REPORT**
**(DOCKET ENTRY # 15)**

**June 21, 2004**

**BOWLER, Ch.U.S.M.J.**

   Defendant Juan Ramos (the "defendant") moves for the production of a four page FBI 302 report ("the FBI report"). (Docket Entry # 15).  The government previously produced the FBI report in redacted form and opposes the request.  On June 15, 2004, this court held a hearing and took the motion under advisement.

   Having further reviewed the relevant filings, the motion (Docket Entry # 15) is **DENIED** without prejudice.  Disclosure of the redacted portion of the FBI report would tend to identify a confidential informant.  See Roviaro v. United States, 353 U.S. 53 (1957); United States v. Estrella, 567 F.2d 1151 (1st Cir. 1977); see also United States v. Formanczyk, 949 F.2d 526, 529-530 (1st Cir. 1991) (government's continuing duty to revise discovery response once government asserts Roviaro privilege). Moreover, in light of the straight forward nature of the charges, the government's lack of a present intention to rely on the FBI

report or to call the confidential informant as a witness at trial and the discovery disclosures to date, the defendant fails at this juncture to demonstrate "concrete circumstances that might justify overcoming both the public interest in encouraging the flow of information . . . and the informant's private interest in his own safety."  <u>United States v. Estrella</u>, 567 F.2d at 1153.  If at some future date the defendant is able to demonstrate such circumstances, the defendant may renew this request with the district judge.  "[M]ere speculation as to the usefulness of an informant's testimony is insufficient to warrant disclosure."  <u>United States v. Batista-Polanco</u>, 927 F.2d 14, 19 (1st Cir. 1991); <u>accord</u> <u>United States v. Martinez</u>, 922 F.2d 914, 921 (1st Cir. 1991).

                                             _____S/S_____
                                             **MARIANNE B. BOWLER**
                                             Chief United States Magistrate Judge