UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
v.                              )        Criminal No.  04-10048-GAO
                                )
                                )
JUAN RAMOS                      )


### MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between August 5, 2004 and September 20, 2004 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on August 5, 2004, defense counsel requested that a further Final Status Conference in this matter be held sometime after September 15, 2004 to enable defense counsel to do further investigative work.   Based on that request and all parties' agreement that the time between August 5, 2004 and September 20, 2004 could be excluded from all Speedy Trial Calculations, the Court scheduled the Final Status Conference for September 20, 2004.   The government therefore requests that the time between August 5, 2004 and September 20, 2004 be excluded from all Speedy Trial Act calculations in the interest of justice

1

pursuant to 18 U.S.C. 2161(h)(8).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s John A. Wortmann,Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617)748-3207

2

+