UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10048-GAO |
| | ) | |
| | ) | |
| **JUAN RAMOS** | ) | |

### MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between September 20, 2004 and November 19, 2004 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on September 20, 2004,  defense counsel requested that a further Final Status Conference in this matter be held on November 19, 2004 to enable defense counsel to do further investigative work.   Based on that request and all parties' agreement that the time between September 20, 2004 and November 19, 2004 could be excluded from all Speedy Trial Calculations, the Court scheduled the Final Status Conference for November 19, 2004.   The government therefore requests that the time between  September 20, 2004 and November 19, 2004 be excluded from all Speedy Trial Act calculations in the interest

1

of justice pursuant to 18 U.S.C. 2161(h)(8).

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617)748-3207

+