OFFICES OF
# MELVIN NORRIS
ATTORNEY AT LAW

260 Boston Post Road, Suite 9
Wayland, Massachusetts  01778
Tel: (508) 358-3305
Fax: (508) 358-7787

September 29, 2004

Dianalynn Saccoccio
Deputy Clerk
U.S. District Court
1 Courthouse Way
Boston, MA  02210

Re:   USA v. Juan Ramos
      CR #04-10052 GAO

Dear Ms. Saccoccio:

By agreement between the parties, kindly change the date of the status conference (currently scheduled for October 19, 2004) to October 16, 2004 at 2:00PM, before Judge Bowler.

If you have any questions, please contact me.

Very truly yours,

/s/ MELVIN NORRIS
Melvin Norris