## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) **04**CR **1 0 0 5 2** GAO |
|  | ) Criminal No. |
|  | ) |
|  | ) |
| V. | ) VIOLATIONS: |
|  | ) 21 U.S.C. § 846-- |
| JUAN RAMOS, | ) Conspiracy to |
| a/k/a "KING FAITH" | ) Distribute Cocaine Base |
|  | ) |
|  | ) 21 U.S.C. § 841(a)(1)-- |
|  | ) Distribution of |
|  | ) Cocaine Base |
|  | ) |
|  | ) 21 U.S.C. §853-- |
|  | ) Criminal Forfeiture |
|  | ) Allegation |

### SUPERSEDING INDICTMENT

**COUNT ONE:**     **(21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)**

The Grand Jury charges that:

In or about April, 2003, at Lawrence, Haverhill and elsewhere in the District of Massachusetts,

### JUAN RAMOS, a/k/a "KING FAITH,"

the defendant herein, did knowingly and intentionally conspire and agree with persons unknown to the Grand Jury to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or substance

containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                  Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about April 23, 2003, at Lawrence and Methuen, in the
District of Massachusetts,

### JUAN RAMOS, a/k/a "KING FAITH,"

the defendant herein, did knowingly and intentionally distribute
a quantity of cocaine base, also known as "crack," a Schedule II
controlled substance.

The Grand Jury further alleges that the offense described
herein involved at least 5 grams of a mixture or substance
containing a detectable amount of cocaine base, also known as
"crack," a Schedule II controlled substance, in violation of
Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

-3-

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.    The defendant, JUAN RAMOS, is accountable for at least 5 grams, but less than 20 grams, of cocaine base, a/k/a "crack cocaine."  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 2 of this Indictment,

### JUAN RAMOS, a/k/a "KING FAITH,"

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a)    cannot be located upon the exercise of due diligence;

   (b)    has been transferred or sold to, or deposited with, a third party;

   (c)    has been placed beyond the jurisdiction of the Court;

   (d)    has been substantially diminished in value; or

   (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

-5-

other property of the defendants up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS                October 14, 2004

      Returned into the District Court by the Grand Jurors and
filed.

_____
                  Deputy Clerk

-7-

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence          **Category No.**  II            **Investigating Agency**  FBI

**City**  Lawrence

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.    X                Case No.   CR 04-10052 GAO
Same Defendant    X                    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

### Defendant Information:

Defendant Name   JUAN RAMOS                    Juvenile:    ☐ Yes    X  No

Alias Name    KING FAITH

Address    635 HAVERHILL STREET, LAWRENCE, MA

Birthdate:   1980        SS #  000 00 1774   Sex:  MALE   Race:  Hispanic          Nationalit  US

**Defense Counsel if known:**                        Address

Bar Number

### U.S. Attorney Information:

AUSA   Peter K. Levitt ;  John A. Wortmann, Jr.            Bar Number if applicable        565761 AND  534860

**Interpreter:**    ☐ Yes    X  No        List language and/or dialect:

**Matter to be SEALED:**      ☐ Yes    X    No

        Warrant Requested          ☐  Regular Process            X  In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of        February 21, 2004        in    Plymouth HOC
☐ Already in State Custody at                  ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                      on

**Charging Document:**    ☐ Complaint      ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor            X  Felony      2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:   10/14/04            Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN RAMOS   AKA KING FAITH _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2   21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 3   18 USC 2 | AIDING & ABETTING | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____