# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                                                                                                          CR. NO. 04-10052-GAO

JUAN RAMOS

## *NOTICE*

October 19, 2004

**BOWLER, Ch.U.S.M.J.**

     PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:00 p.m., Tuesday, November 16, 2004,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.


                                                       /s/
                                                      **MARIANNE B. BOWLER**
                                                      Chief  United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*  PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**