# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10052-GAO

UNITED STATES OF AMERICA

v.

JUAN RAMOS
a/k/a King Faith

### *FINAL STATUS REPORT*
November 16, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with conspiracy to distribute cocaine base, was returned on October 14, 2004;

2. The defendant was arraigned on the Superseding Indictment on November 16, 2004;

3. The defendant is in custody on the charges;

4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately four to five witnesses and that the trial would last approximately one week;

5.  Defense counsel will file dispositive motions by November 30, 2004;

6.  As of the date of this Final Status Report, time has been excluded through November 19, 2004;

7.  This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge