UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.**                                    )<br>)<br>)<br>**JUAN RAMOS**                      ) | Criminal No.  04-10052-GAO |

**MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS**

The United States of America hereby moves with the assent of defense counsel that the time between November 16, 2004 and November 30, 2004 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on November 16, 2004,  defense counsel requested (and was granted) until November 30, 2004 to file dispositive motions.  Based on that request the government therefore moves that the time between November 16, 2004 and November 30, 2004 be excluded from all Speedy Trial Act calculations in the interest of justice pursuant to 18 U.S.C. 2161(h)(8).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:<u>/s John A. Wortmann,Jr.</u>
     JOHN A. WORTMANN, JR.
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA 02210
     (617)748-3207

+

2