UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                    Crim. No. 04-CR-10052 GAO

JUAN RAMOS

_____

### MOTION TO STRIKE SURPLUSAGE FROM
### SUPERSEDING INDICTMENT, FED.R.CRIM.P. 7(d)

Now comes the defendant, Juan Ramos, by his court appointed counsel, and respectfully

requests that this Honorable Court strike the "Notice of Additional Factors," as it pertains to Mr.

Ramos.  This Notice of Additional Factors is improper surplusage to the Superseding Indictment.

As grounds for the Motion, the defendant relies on the accompanying memorandum of law, and

the argument of counsel at the hearing on this Motion.


                                        Respectfully Submitted,
                                        by his attorney,

Date:   November 29, 2004               /s/ MELVIN NORRIS
                                        Melvin Norris
                                        260 Boston Post Road, Suite 9
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        MA BBO# 373900