UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                    Crim. No. 04-CR-10052 GAO

JUAN RAMOS

_____

**MOTION FOR A BILL OF PARTICULARS AS TO JUAN RAMOS
WITH REFERENCE TO THE ADDITIONAL FACTORS SET FORTH
IN THE SUPERSEDING INDICTMENT**

The defendant, Juan Ramos, moves pursuant to Fed. R. Crim. P. 7(f) that the Government provide him with a Bill of Particulars as to the following matters in order to enable him to adequately prepare his defense and avoid surprise at trial or sentencing in regard to the additional factors:

1. The Factual Basis upon which the government alleges that the defendant is accountable for at least 5 grams but less than 20 grams of cocaine base;

2. The dates and places that the alleged offenses or acts occurred;

3. The manner and means to commit the alleged offense;

4. The names of people with whom it is alleged the offenses were committed;

5. The amount of cocaine base involved in each transaction; and

6.    The names and addresses of any persons who actively participated in the matters to which the defendant stands accused and/or who furnished information to law enforcement officers.

Respectfully Submitted,

/s/ MELVIN NORRIS

_____
Melvin Norris  (MA BBO# 393700)
Suite 9, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated: November 29, 2004