UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Crim. No. 04-CR-10052 GAO

JUAN RAMOS

## MOTION FOR TRANSCRIPTS OF GRAND JURY PROCEEDINGS RELATIVE TO THE SUPERSEDING INDICTMENT

The defendant moves, pursuant to Fed.R.Crim.P. 6(f), that the Government provide him with the transcripts of evidence provided to the Grand Jury in support of the Superseding Indictment. As reason therefore, counsel states that this information is necessary to determining how to advise the defendant regarding his defense and the Sentencing Guidelines. Furthermore, the defendant needs this information to determine the basis for the government's position holding Mr. Ramos accountable for more than 5 grams but less than 20 grams of cocaine base. This information is further necessary in light of the procedural changes implicated by *Blakely v. Washington* and subsequent government policies and procedures.

Respectfully Submitted,

/s/ MELVIN NORRIS
_____
Melvin Norris   (MA BBO# 393700)
260 Boston Post Road, Suite 9
Wayland, Massachusetts 01778
(508) 358-3305

Dated: November 29, 2004