```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES**       )
                        )
    v.              )          Cr. No. 04-10052-GAO
                        )
**JUAN RAMOS**          )

**<u>GOVERNMENT'S RESPONSE TO REQUEST FOR GRAND JURY TESTIMONY</u>**

    The government has produced the materials requested in this motion.

                                         Respectfully Submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                      By:  <u>/s John A. Wortmann, Jr.</u>
                            JOHN A. WORTMANN, JR.
                            Assistant U.S. Attorney
                            617-748-3207