UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10052-GAO |
| | ) | |
| | ) | |
| **JUAN RAMOS** | ) | |

## MOTION FOR PRETRIAL CONFERENCE AND
## FOR HEARING ON ALL OUTSTANDING MOTIONS

The United States of America, by its undersigned counsel, hereby moves that a pretrial conference be held in this matter and that the Court schedule a hearing for resolution of all outstanding motions.  As grounds therefore, the government states that Magistrate Judge Bowler has reported this case to the district court.  In her report, she recognized that the defendant still had the opportunity to file additional motions.  In fact, there are three such motions oustanding (Motion to Strike Surplusage Dckt 28 Motion for Bill of Particulars Dckt 30, and Motion for Discovery *of* Grand Jury Proceedings 31).  The government responded to those motions by December 10, 2004 and they are therefore ripe for hearing.

Based on the foregong, the government requsts that the Court set an intitial Pretrial Conference date and set a date for purposes of holding a hearing on all outstanding motions and to

schedule a firm trial date.

                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           UNITED STATES ATTORNEY

                    By: <u>/s John A. Wortmann, Jr.</u>
                         JOHN A. WORTMANN, JR.
                         Assistant U.S. Attorney
                         One Courthouse Way
                         Boston, MA
                         (617) 748-3207