UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No.  04-10052-GAO |
| | ) | |
| | ) | |
| **JUAN RAMOS** | ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between November 29, 2004 and April 25, 2005 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at a Status Conference held on November 16, 2004 before the magistrate judge, defense counsel requested (and was granted) until November 30, 2004 to file dispositive motions.  In fact, motions were filed on November 29, 2004 which were only resolved at the hearing today.  Therefore, all of the time between November 29, 2004 and March 2, 2005 is excludable pursuant to 18 U.S.C. 3161(h)(1)(F).

At the conference earlier today, the Court set a trial date of April 25, 2005 in large part to satisfy the schedule of defense counsel.  In requesting a trial date of April 25, Attorney Norris agreed that the time between March 2, 2005 and April 25, 2005 was excludable pursuant to 18 U.S.C. 3161(h)(8).

Based on the foregoing, the government requests that the time between November 29, 2004 and April 25, 2005 be excluded from all

1

Speedy Trial Act calculations.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                            By:/s John A. Wortmann, Jr.
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney
                                One Courthouse Way
                                Boston, MA 02210
                                (617)748-3207

+