UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                          CR. NO. 04-10052 GAO

JUAN RAMOS

**DEFENDANT'S MOTION TO FILE**
**SENTENCING MEMORANDUM UNDER SEAL**

Now comes the defendant and Moves that this Court allow him to file a Sentencing Memorandum under seal. As reason therefore, the defendant states that the Memorandum includes confidential information regarding the defendant.

                                                  Respectfully Submitted,
                                                  Juan Ramos,
                                                  By his attorney,

Date:  July 5, 2005                           /s/ MELVIN NORRIS
                                                  Melvin Norris
                                                  260 Boston Post Road
                                                  Wayland, MA 01778
                                                  (508) 358-3305
                                                  MA BBO# 373900